IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JESUS LEMUS and
SALOMON SOLORIO,                                    3:10-CV-1071-PK

        Plaintiffs,                                  ORDER

    V.

TIMBERLAND APARTMENTS,
L.L.C., et al,

        Defendants.

MARSH, JUDGE

    Magistrate Judge Paul Papak filed his Findings and Recommendation on May 23, 2011. The matter is now before me. See 28 U.S.C. §636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having reviewed the legal principles de

1 - ORDER

novo, I find no error. I determine there is no just reason for delay.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#33). Timberland Apartments, L.L.C., W.R. Townhomes F, L.L.C., and Polygon Northwest Company, L.L.C.'s motion to dismiss Salomon Solorio's claims for failure to prosecute (#29) are GRANTED. Solorio's claims against all defendants are DISMISSED.

IT IS SO ORDERED.

DATED this   1   day of July, 2011.

  /s/ Malcolm F. Marsh  
Malcolm F. Marsh  
United States District Judge

2 - ORDER